AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CAMEO L. GARRETT,

    Plaintiff,

    v.

SUPERIOR COURT OF WASHINGTON, et al,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-412-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Complaint (ECF No., 1) and the claims therein are DISMISSED without prejudice. File closed.

February 17, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer